**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2041

RANDY DINGLE,

        Plaintiff - Appellant,

      v.

TALMAGE S. BAGGETT, Judge; ELLEN B. HANCOX, Trial Clerk Administrator; RONNIE MONROE MITCHELL, Attorney; MICKEY LOCKLEAR, Deputy; OFFICER MORRISON; WALDEN; CLAVION MORNING, Deputy Sgt.; WILLIAM DANCY, Security Guard; JOE UTLEY, Administrator - Tax Office; TIMOTHY J. PETERKIN, Attorney; ENNIS W. WRIGHT, Sheriff; DEPUTY SHERIFF MURPHY, Deputy; TARDRA ADAMS, Chief Jailer - CC Detention Center; BRENDA ENGLIS, Capt. Deputy Jailer - CC Detention Center; NICHOLE HOKING, Capt. Deputy Jailer Adm. - CC Detention Center; DON WILLIAM, Capt. Deputy Jailer - CC Detention Center; JESSICA BOON, Jail Admin. CC Detention Center; T. COOPER, Deputy - CC Detention Center; PATRICIA ELLEN WATSON DINGLE, Individual; NATASHIA DINGLE, Individual; TORRY JESSUP, DMV Administrator Commission; ADDIE LEE SMALLWOOD, Individual; LARRY FREEMAN, Individual; JOSEPH NEWTON CALLAWAY, II; ALONZO DINGLE, Individual; JACQUELYN FAYE CARTER, Individual; W. R. DARDEN, Magistrate; MEGAN CHAVIS, Clerk-Deputy CSC; BRUCE BULLOCK, Long Branch/Southeastern Home Sale; WILLIAM R. WEST, JR., District Attorney, unknown Bill West; GINA V. HAWKINS; JEANNETTE M. COUNCIL, Chair-County Commission; W. MARSHALL FAIRCLOTH, Vice Chair - Cumberland Co. Commissioner; GLENN C. ADAMS, Board of Commissioners; MICHAEL C. BOOSE, Board of Commissioners; CHARLES EVANS, Board of Commissioners; JIMMY KEEFE, Board of Commissioners; LARRY LANCASTER, Board of Commissioners; MICHAEL B. STEIN, Attorney - Hutchens Law; SERGEANT MANNING, Sheriff Deputy; JOHN HOLLEY, Sheriff; CARL WALL, SBI Agent; EARL MOOSE BUTLER, Retired Sheriff; MARK ROWDEN, Pastor; JOSEPH A. BLEDSOE, III, Trustee; LEE WARREN, Register of Deeds; R. GREGG EDWARDS, Attorney; WILLIAM ROB LEWIS, Judge; MERYL CARTER MAYNOR, Individual; MAYNOR CONNELL, Coach - Individual; TIM MANNING, Sheriff; LINWOOD EDWARDS, Individual; JOHNNIE MACK

SPIVEY; JAMES EDWARD SPIVEY; JEFFERY JEROME SPIVEY; FRANCIS KEITH SPIVEY; LINWOOD JAMES, Pastor; OLLIE HOPKINS; ARLEATHIA CROSS; DENNIS PETERSON, Major - Sheriff's Dept.; BENJAMIN JAMES, Coach; JASON L. HARRELL, Aent - Sheriff; DONALD MELVIN; EUGENE BENJAMIN CARTER; TERRY RAY, Major; PETER ELLISON DINGLE, Retired; ELIZABETH JAMES KILGORE; MAXIN DENISE MELVIN; DARREN R. WHITEHURST; DAVID E. MOORE, JR.; STEPHEN C. STOKES; RICHARD JENKINS; HUBERT PETERKIN, Sheriff; BILL BUTLER, FBI Head Agent; DANICA LAWSON DINGLE, Individual,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:19-cv-00425-D)

———————

Submitted: August 31, 2021                    Decided: September 28, 2021

———————

Before NIEMEYER and DIAZ, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Randy Dingle, Appellant Pro Se. Rudy E. Renfer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina; Ronnie Monroe Mitchell, CUMBERLAND COUNTY SHERIFF'S OFFICE, Fayetteville, North Carolina; Christopher John Derrenbacher, LEWIS BRISBOIS BISGAARD & SMITH, Raleigh, North Carolina; Robert Alford Hasty, Jr., Assistant County Attorney, CUMBERLAND COUNTY ATTORNEY'S OFFICE, Fayetteville, North Carolina; John W. Congleton, Assistant Attorney General, Bryan Grant Nichols, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Michael Rose Whyte, CITY OF FAYETTEVILLE, Fayetteville, North Carolina; Brian Florencio Castro, Raleigh, North Carolina, Bradley O. Wood, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; Joseph A. Bledsoe, III, CHAPTER 13 TRUSTEE, New Bern, North Carolina; Steven Andrew Bader, CRANFILL SUMNER, LLP, Raleigh, North Carolina; Kyle Abraham Smalling, CAPITAL CITY LAW, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Dingle appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Dingle's complaint arising from allegations concerning the forfeiture and sale of his mobile home and his eviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dingle v. Baggett*, No. 5:19-cv-00425-D (E.D.N.C. Sept. 1, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*